CLARE E. CONNORS 7936
Attorney General of Hawaii

GARY S. SUGANUMA 6960
TARA K.C.S. MOLNAR 9092
Deputy Attorneys General
Department of the Attorney
 General, State of Hawaii
465 South King Street, Room 200
Honolulu, Hawaii 96813
Telephone: (808) 587-3050
Facsimile: (808) 587-3077
E-Mail: Gary.S.Suganuma@hawaii.gov
        Tara.K.Molnar@hawaii.gov

Attorneys for Defendants
TERRI YOSHINAGA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH PITTS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SERGEANT TUITAMA, et al.,<br><br>　　　　Defendants. | CIVIL NO. 17-00137 JMS-KJM<br><br>STIPULATION TO DISMISS SECOND AMENDED PRISONER CIVIL RIGHTS COMPLAINT WITH JURY DEMAND FILED ON DECEMBER 22, 2017 WITH PREJUDICE, and ORDER |

## STIPULATION TO DISMISS SECOND AMENDED PRISONER CIVIL RIGHTS COMPLAINT WITH JURY DEMAND FILED ON DECEMBER 22, 2017 WITH PREJUDICE

IT IS HEREBY STIPULATED, by and between the parties hereto, Plaintiff Pro Se JOSEPH PITTS, and Defendants NOLAN ESPINDA, JODIE MAESAKA-HIRATA, GAVIN TAKENAKA, TERRI YOSHINAGA, DALLEN PALEKA, ARNUBI BRUHN, PILIOPO TUITAMA, ROSS TAYLOR, AND DEPARTMENT OF PUBLIC SAFETY, STATE OF HAWAII (hereinafter "Defendants") by and through their/its attorneys Clare E. Connors, Attorney General of Hawaii, and Marie Manuele Gavigan, Jennifer C. Carson, Gary S. Suganuma, Tara K.C.S. Molnar, Holly T. Shikada, Gregg M. Ushiroda, Caron M. Inagaki, and Kendall J. Moser, Deputy Attorneys General, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that, as a result of a settlement reached among the parties, the case is dismissed with prejudice.

All the parties who have appeared in this action have signed this stipulation. There are no pending motions. There is no trial date.

DATED: Honolulu, Hawaii, November 15, 2019. JP

_____
JOSEPH PITTS
Plaintiff Pro Se

DATED: Honolulu, Hawaii, 11/15/2019.

                STATE OF HAWAII

                CLARE E. CONNORS
                Attorney General
                State of Hawaii

                /s/ 
                MARIE MANUELE GAVIGAN
                JENNIFER C. CARSON
                Deputy Attorneys General

                Attorneys for Defendants
                NOLAN ESPINDA,
                JODIE MAESAKA-HIRATA,
                GAVIN TAKENAKA
                DEPARTMENT OF PUBLIC
                   SAFETY, STATE OF HAWAII

DATED: Honolulu, Hawaii, 11/15/19.

                STATE OF HAWAII

                CLARE E. CONNORS
                Attorney General
                State of Hawaii

                /s/
                GARY S. SUGANUMA
                TARA K.C.S. MOLNAR
                Deputy Attorneys General

                Attorneys for Defendant
                TERRI YOSHINAGA

DATED: Honolulu, Hawaii, November 15, 2019.

        STATE OF HAWAII

        CLARE E. CONNORS
        Attorney General
        State of Hawaii

        /s/ Holly T. Shikada
        HOLLY T. SHIKADA,
        GREGG M. USHIRODA
        Deputy Attorneys General

        Attorneys for Defendants
        PILIOPO TUITAMA
        DALLEN PALEKA
        ARNUBI BRUHN

DATED: Honolulu, Hawaii, November 15, 2019.

        STATE OF HAWAII

        CLARE E. CONNORS
        Attorney General
        State of Hawaii

        /s/ Kendall J. Moser
        CARON M. INAGAKI
        KENDALL J. MOSER
        Deputy Attorneys General

        Attorneys for Defendant
        ROSS TAYLOR

APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii, November 18, 2019.



/s/ J. Michael Seabright
J. Michael Seabright
Chief United States District Judge

Joseph Pitts vs. Sergeant Tuitama, et al., Civil No. 17-00137 JMS-KJM; Stipulation to Dismiss Second Amended Prisoner Civil Rights Complaint with Jury Demand Filed on December 22, 2017 With Prejudice, and Order